| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) deGravelles, John W. | 2. Court or Organization US District Court, Louisiana, Middle District | 3. Date of Report 03/13/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge | 5a. Report Type (check appropriate type) ☑ Nomination  Date 03/13/2014 ☐ Initial   ☐ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 02/20/2014 |

**7. Chambers or Office Address**

John W. deGravelles Law, LLC
618 Main Street
Baton Rouge, LA 70801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder | John W. deGravelles Law, LLC |
| 2. | Partner | deGravelles, Palmintier, Holthaus, Fruge' |
| 3. | Member | deGravelles Enterprises, LLC |
| 4. | Member | deGravelles Family II, LLC |
| 5. | Member | deGravelles Family III, LLC |
| 6. | Partner | DPHF Company |
| 7. | Shareholder | Louisiana Litigation Services, Inc. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/2014 | Louisiana State University - Lecturer - Course on Federal Courts |
| 2. 11/26/2013 | Tulane University Law School - Lecturer - Course on Maritime Personal Injury |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | John W. deGravelles Law, LLC - Wages | $11,410.00 |
| 2. 2014 | John W. deGravelles Law, LLC - S-corp income (NET) | $116,111.30 |
| 3. 2014 | West Services, Inc. - Book Royalties | $459.73 |
| 4. 2013 | John W. deGravelles Law, LLC - Wages | $257,575.87 |
| 5. 2013 | John W. deGravelles Law, LLC - S-corp income (NET) | $1,654,766.83 |
| 6. 2013 | Louisiana State University - Wages | $2,656.52 |
| 7. 2013 | West Services, Inc. - Book Royalties | $2,417.39 |
| 8. 2012 | John W. deGravelles Law, LLC - Wages | $300,711.00 |
| 9. 2012 | John W. deGravelles Law, LLC - S-corp income (NET) | $3,547,885.00 |
| 10. 2012 | Louisiana State University - Wages | $2,656.52 |
| 11. 2012 | West Services, Inc. - Book Royalties | $1,851.53 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

NONE *(No reportable reimbursements.)*

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. deGravelles Enterprises, LLC | | None | N | W | Exempt | | | | |
| 2. deGravelles Family II, LLC - Baton Rouge, LA | A | Rent | M | W | | | | | |
| 3. deGravelles Family III, LLC | | None | O | W | | | | | |
| 4. John W. deGravelles Law, LLC | | None | P1 | U | | | | | |
| 5. Chase Cash Account | | None | J | T | | | | | |
| 6. Citibank Cash Account | A | Interest | M | T | | | | | |
| 7. IRA #1 | C | Int./Div. | M | T | | | | | |
| 8. -Morgan Stanley Cash Account | | | | | | | | | |
| 9. -Consulting Group Govt MMKT | | | | | | | | | |
| 10. -Consulting Group Emrg Market Equity Invest | | | | | | | | | |
| 11. -Consulting Group International Equity Inv | | | | | | | | | |
| 12. -Consulting Group Large Cap Value Eq | | | | | | | | | |
| 13. -Consulting Group Large Cap Growth Inv | | | | | | | | | |
| 14. -Consulting Group Small Cap Growth Inv | | | | | | | | | |
| 15. -Consulting Group Small Cap Value Equity Inv | | | | | | | | | |
| 16. Allianz Valuemark III Annuity | | None | O | T | | | | | |
| 17. Lincoln American Legacy Design 2 Annuity | | None | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Prudential Annuity | | None | M | T | | | | | |
| 19. Transamerica Retirement Plus Annuity | | None | P1 | T | | | | | |
| 20. Eaton Vance Tax Managed Growth Fund | A | Dividend | L | T | | | | | |
| 21. Unit Quality Municipal National Long Term 109 MPS | | None | K | T | | | | | |
| 22. Morgan Stanley Managed Bond Account #1 | | | | | | | | | |
| 23. -Morgan Stanley Money Market Account | A | Interest | K | T | | | | | |
| 24. -Arizona Trans Board | D | Interest | M | T | | | | | |
| 25. -California St Econ Recovery | D | Interest | M | T | | | | | |
| 26. -California St Pub Wks Brd | B | Interest | L | T | | | | | |
| 27. -California St | C | Interest | M | T | | | | | |
| 28. -Chicago IL Transit Auth | C | Interest | M | T | | | | | |
| 29. -Curators Univ Mo Sys | D | Interest | M | T | | | | | |
| 30. -Eanes Tex Indpt Sch Dist Sch | D | Interest | M | T | | | | | |
| 31. -Energy Northwest Wash Elec | D | Interest | M | T | | | | | |
| 32. -Indiana St Fin Auth | B | Interest | M | T | | | | | |
| 33. -Iowa St | C | Interest | M | T | | | | | |
| 34. -Jea Fla St Johns Riv Pwr Pk | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Los Angeles Ca Dept Arpts | C | Interest | L | T | | | | | |
| 36. -Louisiana Pub Facs Auth Rev | B | Interest | K | T | | | | | |
| 37. -Louisiana St Gasoline and Fuels Tax Revenue | D | Interest | M | T | | | | | |
| 38. -Louisiana St | C | Interest | L | T | | | | | |
| 39. -Louisiana St | C | Interest | M | T | | | | | |
| 40. -Louisiana St Unclaimed Property Spl Rev | | None | L | T | | | | | |
| 41. -Massachusetts Wtr Resources | C | Interest | L | T | | | | | |
| 42. -Metropolitan Transportation Auth NY Trans Rev Ref | C | Interest | M | T | | | | | |
| 43. -Metropolitan Transportation Auth NY Trans Rev Series B | C | Interest | M | T | | | | | |
| 44. -Michigan St Comprehensive Transn Rev Ref | C | Interest | M | T | | | | | |
| 45. -Michigan St Hosp Fin Auth | | None | L | T | | | | | |
| 46. -Minnesota St Genl Fund Appropriation | C | Interest | M | T | | | | | |
| 47. -New Hampshire St Tpk Sys Rev | D | Interest | M | T | | | | | |
| 48. -New Jersey Econ Dev Auth | C | Interest | M | T | | | | | |
| 49. -New Jersey Turnpike Authority | D | Interest | M | T | | | | | |
| 50. -New York NY | A | Interest | J | T | | | | | . |
| 51. -New York NY City Trnstnl Fin Auth | | None | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 03/13/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -New York NY City Trnstnl Fin Auth | | None | M | T | | | | | |
| 53. -New York St Dorm Auth Revs | C | Interest | L | T | | | | | |
| 54. -Reedy Creek FL Impt Dist Utilities Rev Ref-1 | A | Interest | L | T | | | | | |
| 55. -Snohomish Cnty Wash Pub Util Dist No 001 | C | Interest | M | T | | | | | |
| 56. -University Minn | D | Interest | M | T | | | | | |
| 57. -Washington Hlth Care Facs | B | Interest | L | T | | | | | |
| 58. -Pennsylvania E BE | D | Interest | | | | | | | |
| 59. -Allegheny Hosp Be | B | Interest | | | | | | | |
| 60. -FL St BOE-D | D | Interest | | | | | | | |
| 61. -Harris Co Toll | C | Interest | | | | | | | |
| 62. -IA Fin Auth | D | Interest | | | | | | | |
| 63. -LI PW SPCFP | A | Interest | | | | | | | |
| 64. -New York NY | A | Interest | | | | | | | |
| 65. -VA Clge Bldg | B | Interest | | | | | | | |
| 66. -Ascension MI-C | B | Interest | | | | | | | |
| 67. -Indiana St Fin | C | Interest | | | | | | | |
| 68. -L I Pwr Auth-A | C | Interest | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -NYC Transn-B | D | Interest | | | | | | | |
| 70. Morgan Stanley Managed Bond Account #2 | | | | | | | | | |
| 71. -Morgan Stanley Cash Account | A | Interest | J | T | | | | | |
| 72. -Arizona Trans Brd | A | Interest | J | T | | | | | |
| 73. -California St | A | Interest | J | T | | | | | |
| 74. -District Columbia Income Tax Rev-F | A | Interest | J | T | | | | | |
| 75. -Fulton Cnty GA Dev Auth Rev-A | A | Interest | J | T | | | | | |
| 76. -Illinois St Sales Tax Rev | A | Interest | J | T | | | | | |
| 77. -Jea Fla St Johns Riv Pwr Pk Sys | A | Interest | J | T | | | | | |
| 78. -Kentucky St | A | Interest | J | T | | | | | |
| 79. -Louisiana St Gasoline and Fuels Tax Revenue Ref Series A | | None | J | T | | | | | |
| 80. -Louisiana St | A | Interest | J | T | | | | | |
| 81. -Louisiana St | A | Interest | K | T | | | | | |
| 82. -Lower Colorado River Auth Tx Trans | A | Interest | J | T | | | | | |
| 83. -Massachusetts St Health & Edl | | None | J | T | | | | | |
| 84. -Massachusetts Wtr Resources Auth | A | Interest | J | T | | | | | |
| 85. -Michigan St Comprehensive Transn Rev Ref | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 10 of 32

Name of Person Reporting

deGravelles, John W.

Date of Report

03/13/2014

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Minnesota Pub Facs Auth | A | Interest | J | T | | | | | |
| 87. -New Jersey Environmental Infrastructure Tr Rev-B | A | Interest | J | T | | | | | |
| 88. -New York NY City Trnstnl Fin Auth Ftr Tx | | None | J | T | | | | | |
| 89. -New York St Urban Dev Corp Contract | A | Interest | J | T | | | | | |
| 90. -Ohio State Cap FACS Lease Appropriation Ser-B | | None | J | T | | | | | |
| 91. -Pennsylvania Econ Dev Fing AU Unemployment Compensation | A | Interest | J | T | | | | | |
| 92. -Phoenix Ariz Civic Impt Corp Wtr Sys Rev | A | Interest | J | T | | | | | |
| 93. -Rhode Island Clean Wtr Fin AGYWTR Pollu | A | Interest | J | T | | | | | |
| 94. -San Diego Cnty Calif Wtr Auth | A | Interest | J | T | | | | | |
| 95. -San Francisco CA Arpt Commn | A | Interest | J | T | | | | | |
| 96. -University Minn | A | Interest | J | T | | | | | |
| 97. -Virginia Comwlth Transn Brd | A | Interest | J | T | | | | | |
| 98. -Allegheny Hosp Be | A | Interest | | | | | | | |
| 99. -CA St ECON-A | A | Interest | | | | | | | |
| 100. -KY St PPTY | A | Interest | | | | | | | |
| 101. -LI PW SPC | A | Interest | | | | | | | |
| 102. -Virginia Colle | A | Interest | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 11 of 32

Name of Person Reporting

deGravelles, John W.

Date of Report

03/13/2014

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -L I Pwr Auth-A | A | Interest | | | | | | | |
| 104. -New Jersey Env | A | Interest | | | | | | | |
| 105. -NYC Transn-B | A | Interest | | | | | | | |
| 106. Morgan Stanley Managed Stock Account | | | | | | | | | |
| 107. -Citibank Cash Mgmt Account | A | Interest | L | T | | | | | |
| 108. -AFLAC INCORPORATED | A | Dividend | J | T | | | | | |
| 109. -AT&T INC | A | Dividend | J | T | | | | | |
| 110. -ABBOTT LABORATORIES | A | Dividend | J | T | | | | | |
| 111. -ADVANCE AUTO PARTS | A | Dividend | J | T | | | | | |
| 112. -AEGON NV ADR | A | Dividend | J | T | | | | | |
| 113. -ADVENT SOFTWARE INC | B | Dividend | J | T | | | | | |
| 114. -AGEAS SPONSORED ADR | A | Dividend | J | T | | | | | |
| 115. -AGRIUM INC | A | Dividend | J | T | | | | | |
| 116. -AKBANK TURK ANONIM SIRKETI ADR | A | Dividend | J | T | | | | | |
| 117. -ALBEMARLE CORPORATION | A | Dividend | J | T | | | | | |
| 118. -ALEXANDER & BALDWIN INC | A | Dividend | J | T | | | | | |
| 119. -ALLIANCE DATA SYSTEMS CORP | | None | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 12 of 32

Name of Person Reporting

deGravelles, John W.

Date of Report

03/13/2014

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -ALLIANT TECHSYSTEM | A | Dividend | J | T | | | | | |
| 121. -ALLSTATE CORP | | None | J | T | | | | | |
| 122. -ALSTOM ADR | A | Dividend | J | T | | | | | |
| 123. -AMAZON COM INC | | None | J | T | | | | | |
| 124. -AMBEV S A SPONSORED ADR | A | Dividend | J | T | | | | | |
| 125. -AMERICAN EAGLE OUTFITTERS NEW | A | Dividend | J | T | | | | | |
| 126. -AMERICAN EXPRESS CO | A | Dividend | J | T | | | | | |
| 127. -AMERICAN TOWER REIT COM | | None | J | T | | | | | |
| 128. -ANADARKO PETE | A | Dividend | J | T | | | | | |
| 129. -ANSYS INC | | None | J | T | | | | | |
| 130. -APPLE INC | A | Dividend | K | T | | | | | |
| 131. -ATWOOD OCEANICS INC | | None | J | T | | | | | |
| 132. -BAIDU INC ADS | | None | J | T | | | | | |
| 133. -BANCO DO BRASIL SA SPON ADR | A | Dividend | J | T | | | | | |
| 134. -BANCO MACRO S.A. SPONS ADR | | None | J | T | | | | | |
| 135. -BANCO SANTANDER BRASIL SA ADS | A | Dividend | J | T | | | | | |
| 136. -BANK OF AMERICA CORP | A | Dividend | K | T | | | | | |

1. Income Gain Codes; (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -BARRICK GOLD CORP | A | Dividend | J | T | | | | | |
| 138. -BIDVEST GROUP LTD SPONS ADR | A | Dividend | J | T | | | | | |
| 139. -BIOMARIN PHARMAC SE | | None | J | T | | | | | |
| 140. -BOEING CO | A | Dividend | K | T | | | | | |
| 141. -BRISTOL MYERS SQUIBB CO | A | Dividend | J | T | | | | | |
| 142. -CF INDUSTRIES HOLDINGS,INC | A | Dividend | J | T | | | | | |
| 143. -CIT GROUP INC NEW | A | Dividend | J | T | | | | | |
| 144. -CNOOC LTD ADS | A | Dividend | J | T | | | | | |
| 145. -CVS CAREMARK CORP | A | Dividend | K | T | | | | | |
| 146. -CABELA'S INC | | None | J | T | | | | | |
| 147. -CAMECO CORP | A | Dividend | J | T | | | | | |
| 148. -CAMERON INTNL CORP | | None | J | T | | | | | |
| 149. -CARREFOUR SA SPONSORED ADR | A | Dividend | J | T | | | | | |
| 150. -CATERPILLAR INC | A | Dividend | J | T | | | | | |
| 151. -CATLIN GRP LTD SPONS ADR | | None | J | T | | | | | |
| 152. -CELGENE CORP | | None | J | T | | | | | |
| 153. -CENTRAIS ELEC BRAS ADR PREF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 03/13/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -CENTRAIS ELEC BRAS SP ADR CM | A | Dividend | J | T | | | | | |
| 155. -CHEVRON CORP | A | Dividend | K | T | | | | | |
| 156. -CHINA CONSTRUCTION BANK CORP | A | Dividend | J | T | | | | | |
| 157. -CHINA MOBILE LTD | A | Dividend | J | T | | | | | |
| 158. -CHURCH & DWIGHT CO INC | A | Dividend | J | T | | | | | |
| 159. -CIELO SA SPONSORED ADR NEW | A | Dividend | J | T | | | | | |
| 160. -CITIGROUP INC NEW | A | Dividend | J | T | | | | | |
| 161. -CLARCOR INC | A | Dividend | J | T | | | | | |
| 162. -CLICKS GROUP LTD SPONS ADR | A | Dividend | J | T | | | | | |
| 163. -COACH INC | A | Dividend | J | T | | | | | |
| 164. -COCA COLA CO | A | Dividend | J | T | | | | | |
| 165. -COHEN & STEERS INC | A | Dividend | J | T | | | | | |
| 166. -COLUMBIA SPORTSWEAR CO | A | Dividend | J | T | | | | | |
| 167. -COMCAST CORP (NEW) CLASS A | A | Dividend | K | T | | | | | |
| 168. -COMERICA INC | | None | J | T | | | | | |
| 169. -COMMERCIAL INTL BNK LTD SP ADR | A | Dividend | J | T | | | | | |
| 170. -COMPANHIA ENERGY DE MIN SP ADR | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   - A =$1,000 or less
   - B =$1,001 - $2,500
   - C =$2,501 - $5,000
   - D =$5,001 - $15,000
   - E =$15,001 - $50,000
   - F =$50,001 - $100,000
   - G =$100,001 - $1,000,000
   - H1 =$1,000,001 - $5,000,000
   - H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
   - J =$15,000 or less
   - K =$15,001 - $50,000
   - L =$50,001 - $100,000
   - M =$100,001 - $250,000
   - N =$250,001 - $500,000
   - O =$500,001 - $1,000,000
   - P1 =$1,000,001 - $5,000,000
   - P2 =$5,000,001 - $25,000,000
   - P3 =$25,000,001 - $50,000,000
   - P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   - Q =Appraisal
   - R =Cost (Real Estate Only)
   - S =Assessment
   - T =Cash Market
   - U =Book Value
   - V =Other
   - W =Estimated

**FINANCIAL DISCLOSURE REPORT**

Page 15 of 32

Name of Person Reporting

deGravelles, John W.

Date of Report

03/13/2014

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -CONOCOPHILLIPS | A | Dividend | J | T | | | | | |
| 172. -CONVERSANT INC | | None | J | T | | | | | |
| 173. -COPART INC | | None | J | T | | | | | |
| 174. -CORNING INC | A | Dividend | J | T | | | | | |
| 175. -CORRECTIONS CORP OF AMER NEW | A | Dividend | J | T | | | | | |
| 176. -COSTCO WHOLESALE CORP NEW | | None | J | T | | | | | |
| 177. -CROWN CASTLE INTL | | None | J | T | | | | | |
| 178. -DAI NIPPPN PRGT LTD JAPAN | A | Dividend | J | T | | | | | |
| 179. -DAIICHI SANKYO CO LTD SPON ADR | A | Dividend | J | T | | | | | |
| 180. -DANAHER CORPORATION | A | Dividend | J | T | | | | | |
| 181. -DECKER OUTDOOR CORPORATION | | None | J | T | | | | | |
| 182. -DELTA AIR LINES INC NEW | A | Dividend | J | T | | | | | |
| 183. -WALT DISNEY CO HLDG CO | A | Dividend | J | T | | | | | |
| 184. -DISCOVER FINCL SVCS | A | Dividend | J | T | | | | | |
| 185. -DOLLAR GEN CORP NEW COM | | None | J | T | | | | | |
| 186. -DOMINION RES INC (NEW) | A | Dividend | J | T | | | | | |
| 187. -DONALDSON CO INC | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 188. -DRESSER-RAND GROUP INC | | None | J | T | | | | | |
| 189. -EMC CORP MASS | A | Dividend | J | T | | | | | |
| 190. -EATON VANCE CP | A | Dividend | K | T | | | | | |
| 191. -EDISON INTERNATIONAL | A | Dividend | J | T | | | | | |
| 192. -ELECTRICITE DE FRANCE ADR | A | Dividend | J | T | | | | | |
| 193. -EQUIFAX INC | A | Dividend | J | T | | | | | |
| 194. -ERICSSON LM TEL ADR CL B NEW | A | Dividend | J | T | | | | | |
| 195. -EXPEDITORS INTL WASH INC | A | Dividend | J | T | | | | | |
| 196. -EXXON MOBIL CORP | A | Dividend | J | T | | | | | |
| 197. -FACTSET RESEARCH SYSTEMS INC | A | Dividend | J | T | | | | | |
| 198. -FAMILY DOLLAR STORES | A | Dividend | J | T | | | | | |
| 199. -FEDEX CORP | A | Dividend | J | T | | | | | |
| 200. -FIRST CASH FINL SVCS INC | | None | J | T | | | | | |
| 201. -FIRST INDUST REALTY TR INC | A | Dividend | J | T | | | | | |
| 202. -FREEPORT MCMORAN CP&GLD | A | Dividend | J | T | | | | | |
| 203. -FUJIFILM HLDGS CORP ADR | A | Dividend | J | T | | | | | |
| 204. -GAZPROM O A O SPON ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -GENERAL ELECTRIC CO | A | Dividend | J | T | | | | | |
| 206. -GENERAL MTRS CO | | None | J | T | | | | | |
| 207. -GILEAD SCIENCE | | None | J | T | | | | | |
| 208. -GLAXOSMITHKLINE PLC ADS | A | Dividend | J | T | | | | | |
| 209. -GOLDMAN SACHS GRP INC | A | Dividend | J | T | | | | | |
| 210. -GOOGLE INC-CL A | | None | K | T | | | | | |
| 211. -HSBC HOLDINGS PLC SPON ADR NEW | | None | J | T | | | | | |
| 212. -JACK HENRY & ASSOC INC | A | Dividend | J | T | | | | | |
| 213. -HITTITE MICROWAVE CORP COM | | None | J | T | | | | | |
| 214. -HOME DEPOT INC | A | Dividend | J | T | | | | | |
| 215. -HOME RETAIL GROUP ADR | A | Dividend | J | T | | | | | |
| 216. -HONEYWELL INTERNATIONAL INC | A | Dividend | J | T | | | | | |
| 217. -IMPERIAL HLDGS LTD ADR | A | Dividend | J | T | | | | | |
| 218. -ING GROEP NV ADR | | None | J | T | | | | | |
| 219. -INTEL CORP | A | Dividend | J | T | | | | | |
| 220. -INTUIT INC | A | Dividend | J | T | | | | | |
| 221. -JPMORGAN CHASE & CO | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period<br>(1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period<br>(1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period<br>(1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 223. -KB FINANCIAL GRP INC SONS ADR | A | Dividend | J | T | | | | | |
| 224. -KAMAN CORP CL A | A | Dividend | J | T | | | | | |
| 225. -KIMBERLY CLARK SPON ADR | A | Dividend | J | T | | | | | |
| 226. -KINDER MORGAN INCORP | A | Dividend | J | T | | | | | |
| 227. -KINROSS GOLD CORP NEW | A | Dividend | J | T | | | | | |
| 228. -KOC HLDG AS UNSPON ADR | A | Dividend | J | T | | | | | |
| 229. -KRAFT FOODS GROUP INC COM | A | Dividend | J | T | | | | | |
| 230. -LANDSTAR SYSTEMS INC | A | Dividend | J | T | | | | | |
| 231. -LOCALIZA RENT A CAR SA SPON | | None | J | T | | | | | |
| 232. -MBIA INC | | None | J | T | | | | | |
| 233. -MRC GLOBAL INC COM | | None | J | T | | | | | |
| 234. -MS&AD INS GROUP HLDGS ADR | A | Dividend | J | T | | | | | |
| 235. -MSC INDL DIRECT CO CLASS A | A | Dividend | J | T | | | | | |
| 236. -MSCI INC COM | | None | J | T | | | | | |
| 237. -MACY'S INC | A | Dividend | J | T | | | | | |
| 238. -MANPOWERGROUP INC COM | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. -MARATHON OIL CO | A | Dividend | J | T | | | | | |
| 240. -MARTIN MARIETTA MATERIALS | A | Dividend | J | T | | | | | |
| 241. -MATSON INC COM | A | Dividend | J | T | | | | | |
| 242. -MERCK & CO INC NEW COM | A | Dividend | J | T | | | | | |
| 243. -METLIFE INCORPORATED | A | Dividend | J | T | | | | | |
| 244. -MICREL INC | A | Dividend | J | T | | | | | |
| 245. -MICROS SYST | | None | J | T | | | | | |
| 246. -MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 247. -MITSUBISHI TANBE PHRM CP ADR | A | Dividend | J | T | | | | | |
| 248. -MOBILE TELESYSTEMS OJSC | A | Dividend | J | T | | | | | |
| 249. -MOHAWK INDUSTRIES INC | | None | J | T | | | | | |
| 250. -MONOTYPE IMAGING HLDGS INC | A | Dividend | J | T | | | | | |
| 251. -MONSANTO CO/NEW | A | Dividend | J | T | | | | | |
| 252. -MORGAN STANLEY | A | Dividend | J | T | | | | | |
| 253. -NEDBANK GRP LTD SPON ADR | A | Dividend | J | T | | | | | |
| 254. -NESTLE SPON ADR REP REG SHR | A | Dividend | J | T | | | | | |
| 255. -NETEASE.COM INC ADS | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -NEWMARKET CORP (HLDG CO) | A | Dividend | J | T | | | | | |
| 257. -NEXTERA ENERGY INC COM | A | Dividend | K | T | | | | | |
| 258. -NIPPON TELEGRAPH&TELEPHONE ADS | A | Dividend | J | T | | | | | |
| 259. -NOBLE ENERGY INC | A | Dividend | J | T | | | | | |
| 260. -NORDSON CP | A | Dividend | J | T | | | | | |
| 261. -O'REILLY AUTOMOTIVE INC NEW | | None | J | T | | | | | |
| 262. -OCCIDENTAL PETROLEUM CORP DE | A | Dividend | J | T | | | | | |
| 263. -OIL CO LUKOIL SPN ADR | A | Dividend | J | T | | | | | |
| 264. -OLD DOMINION FREIGHT LINE | | None | J | T | | | | | |
| 265. -OLIN CORPORATION | | None | J | T | | | | | |
| 266. -ORACLE CORP | A | Dividend | K | T | | | | | |
| 267. -ORASCOM CONSTR INDS SPON | | None | J | T | | | | | |
| 268. -ORIFLAME COSMETICS SA SPON ADR | A | Dividend | J | T | | | | | |
| 269. -PNC FINL SVCS GP | A | Dividend | J | T | | | | | |
| 270. -PPG INDUSTRIES INC | A | Dividend | J | T | | | | | |
| 271. -PPC LIMITED UNSPON ADR | A | Dividend | J | T | | | | | |
| 272. -PTT EXPLO & PRODTN SPONS ADR | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 03/13/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -PT SEMEN GRESIK PERSERO ADR | A | Dividend | J | T | | | | | |
| 274. -PT UNITED TRACTORS ADR | A | Dividend | J | T | | | | | |
| 275. -PT BK MANDIRI PERSERO TBK UNSP | A | Dividend | J | T | | | | | |
| 276. -PT ASTRA INTERNATIONAL TBK ADR | A | Dividend | J | T | | | | | |
| 277. -PANASONIC CORP - SPON ADR | A | Dividend | J | T | | | | | |
| 278. -PEPSICO INC NC | A | Dividend | J | T | | | | | |
| 279. -PT TELEKOMUNIKASI INDONESIA | A | Dividend | K | T | | | | | |
| 280. -PFIZER INC | A | Dividend | J | T | | | | | |
| 281. -PHILIP MORRIS INTL INC | A | Dividend | J | T | | | | | |
| 282. -PHILIPPINE LG DIST TEL SPN ADR | A | Dividend | J | T | | | | | |
| 283. -PHILLIPS 66 COM | A | Dividend | J | T | | | | | |
| 284. -PRECISION CASTPARTS CORP | A | Dividend | K | T | | | | | |
| 285. -PRICESMART INC | A | Dividend | J | T | | | | | |
| 286. -PROCTER & GAMBLE | A | Dividend | J | T | | | | | |
| 287. -PUBLIC STORAGE | A | Dividend | J | T | | | | | |
| 288. -QUALCOMM INC | A | Dividend | J | T | | | | | |
| 289. -RANGE RESOURCES CORP | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. -RBC BEARINGS INC | | None | J | T | | | | | |
| 291. -REGIONS FINANCIAL CORP NEW | A | Dividend | J | T | | | | | |
| 292. -REYNOLDS AMERICAN INC | A | Dividend | J | T | | | | | |
| 293. -RITCHIE BROTHERS AUCTIONEERS | A | Dividend | J | T | | | | | |
| 294. -ROCHE HOLDINGS ADR | A | Dividend | J | T | | | | | |
| 295. -ROHM CO LTD UNSPONS ADR | A | Dividend | J | T | | | | | |
| 296. -ROSS STORES INC | A | Dividend | J | T | | | | | |
| 297. -ROYAL DSM NV SPONSORED ADR | A | Dividend | J | T | | | | | |
| 298. -ROYAL DUTCH SHELL PLC CL B | A | Dividend | J | T | | | | | |
| 299. -SK TELECOM CO LTD | A | Dividend | J | T | | | | | |
| 300. -SANLAM LTD ADR | A | Dividend | J | T | | | | | |
| 301. -SANOFI ADR | A | Dividend | J | T | | | | | |
| 302. -SBERBANK RUSSIA SPONSORED ADR | A | Dividend | J | T | | | | | |
| 303. -SEKISUI HOUSE LTD ADR | A | Dividend | J | T | | | | | |
| 304. -SEMPRA ENERGY | A | Dividend | J | T | | | | | |
| 305. -SERVICE CORP INTL | A | Dividend | J | T | | | | | |
| 306. -SEVEN & I HLDGS CO LTD ADR | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. -SHERWIN WILLIAMS COMPANY OHIO | A | Dividend | J | T | | | | | |
| 308. -SHINHAN FINANCIAL GROUP CO LTD | A | Dividend | J | T | | | | | |
| 309. -SHIRE PLC ADR | A | Dividend | J | T | | | | | |
| 310. -SHISEIDO LTD SPON ADR | A | Dividend | J | T | | | | | |
| 311. -SHOPRITE HLDGS LTD SPONSORED A | A | Dividend | J | T | | | | | |
| 312. -SIEMENS AKTIENGESELLSCHAFT | A | Dividend | J | T | | | | | |
| 313. -SIMON PPTY GROUP INC | A | Dividend | J | T | | | | | |
| 314. -SIRONA DENTAL SYSTEMS INC | | None | J | T | | | | | |
| 315. -SNAP-ON INC | A | Dividend | J | T | | | | | |
| 316. -STANDARD BANK GROUP LTD SPON | A | Dividend | J | T | | | | | |
| 317. -STARBUCKS CORP WASHINGTON | A | Dividend | J | T | | | | | |
| 318. -STRYKER CORP | A | Dividend | J | T | | | | | |
| 319. -STURM RUGER & CO | A | Dividend | J | T | | | | | |
| 320. -SUMITOMO MITSUI TR HLDGS INC | A | Dividend | J | T | | | | | |
| 321. -SUNTRUST BKS | A | Dividend | J | T | | | | | |
| 322. -SWISSCOM AG ADR | A | Dividend | J | T | | | | | |
| 323. -TNT EXPRESS NV | | None | J | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                                      P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal              R =Cost (Real Estate Only)    S =Assessment        T =Cash Market
   (See Column C2)            U =Book Value             V =Other                      W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 24 of 32

Name of Person Reporting

deGravelles, John W.

Date of Report

03/13/2014

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. -TAIWAN SMCNDCTR MFG CO LTD ADR | A | Dividend | J | T | | | | | |
| 325. -TALISMAN ENERGY INC | A | Dividend | J | T | | | | | |
| 326. -TECHNE CP | A | Dividend | J | T | | | | | |
| 327. -TEJON RANCH CO | | None | J | T | | | | | |
| 328. -TEJON RANCH CO WT EXP | | None | J | T | | | | | |
| 329. -TELECOM ITALIA SPA(NEW)SVGS SH | A | Dividend | J | T | | | | | |
| 330. -TEMPUR-PEDIC INT'L INC | | None | J | T | | | | | |
| 331. -TENET HEALTHCARE CORP COM NEW | | None | J | T | | | | | |
| 332. -TESCO PLC SPONSORED ADR | A | Dividend | J | T | | | | | |
| 333. -TEVA PHARMACEUTICALS ADR | A | Dividend | J | T | | | | | |
| 334. -THERMO FISHER SCIENTIFIC INC | A | Dividend | J | T | | | | | |
| 335. -TIGER BRANDS LTD SPON ADR NEW | A | Dividend | J | T | | | | | |
| 336. -TOWERS WATSON & CO CL A | | None | J | T | | | | | |
| 337. -TOYOTA MOTOR CP ADR NEW | A | Dividend | J | T | | | | | |
| 338. -TREDEGAR CORPORATION | A | Dividend | J | T | | | | | |
| 339. -TURKCELL ILETISM HIZM AS NEW | | None | J | T | | | | | |
| 340. -TWENTY-FIRST CENTURY FOX CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 03/13/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -UNILEVER NV NY SH NEW | A | Dividend | J | T | | | | | |
| 342. -UNION PACIFIC CORP | A | Dividend | K | T | | | | | |
| 343. -UNITED CONTINENTAL HLDGS INC | | None | J | T | | | | | |
| 344. -UNITED TECHNOLOGIES CORP | A | Dividend | J | T | | | | | |
| 345. -VALE S.A. SP | A | Dividend | J | T | | | | | |
| 346. -VALLOUREC SA NEW SPON ADR | A | Dividend | J | T | | | | | |
| 347. -VERIZON COMMUNICATIONS | B | Dividend | K | T | | | | | |
| 348. -VIVENDI SA UNSPON ADR | A | Dividend | J | T | | | | | |
| 349. -VMWARE INC CLASS A | | None | J | T | | | | | |
| 350. -VODAFONE GROUP PLC | A | Dividend | J | T | | | | | |
| 351. -VODACOM GROUP LIMITED | A | Dividend | J | T | | | | | |
| 352. -VOLKSWAGEN AG SPON ADR | | None | J | T | | | | | |
| 353. -WABCO HLDGS INC | | None | J | T | | | | | |
| 354. -WACOAL CP ADR | A | Dividend | J | T | | | | | |
| 355. -WAL MART STORES INC | A | Dividend | J | T | | | | | |
| 356. -WEICHAI PWR CO LTD UNSPON ADR | A | Dividend | J | T | | | | | |
| 357. -WELLS FARGO & CO NEW | A | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 03/13/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -WHOLE FOODS MARKETS INC | A | Dividend | J | T | | | | | |
| 359. -WOLTERS KLUWER NV SPON ADR | A | Dividend | J | T | | | | | |
| 360. -WOLVERINE WORLD WIDE | A | Dividend | J | T | | | | | |
| 361. -WOOLWORTHS HLDGS LTD | A | Dividend | J | T | | | | | |
| 362. -WORLD FUEL SERVICES CORP | A | Dividend | J | T | | | | | |
| 363. -WYNN MACAU LTD UNSPON ADR | A | Dividend | J | T | | | | | |
| 364. -YPF SOCIEDAD ADS REP 1 CL-D SH | A | Dividend | J | T | | | | | |
| 365. -AON PLC SHS CL-A | A | Dividend | J | T | | | | | |
| 366. -AXIS CAPITAL HOLDINGS LTD | A | Dividend | J | T | | | | | |
| 367. -COVIDIEN PLC | A | Dividend | J | T | | | | | |
| 368. -EATON CORP PLC SHS | A | Dividend | J | T | | | | | |
| 369. -INVESCO LTD | A | Dividend | J | T | | | | | |
| 370. -MICHAEL KORS HOLDINGS LTD | | None | J | T | | | | | |
| 371. -MONTPELIER RE HLDGS LTD | A | Dividend | J | T | | | | | |
| 372. -WHITE MOUNTAIN GRP BERMUDA | A | Dividend | J | T | | | | | |
| 373. -ACE LTD | A | Dividend | J | T | | | | | |
| 374. -WEATHERFORD INTERNATIONAL LTD | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 03/13/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -UBS AG NEW | A | Dividend | J | T | | | | | |
| 376. -CHECK POINT SOFTWARE TECH LTD | | None | J | T | | | | | |
| 377. -ASML HOLDING NV NY REG NEW | A | Dividend | J | T | | | | | |
| 378. -CORE LABORATORIES N V | A | Dividend | J | T | | | | | |
| 379. -LYONDELLBASELL NV CL-A | A | Dividend | K | T | | | | | |
| 380. -NIELSEN HOLDINGS NV | | None | J | T | | | | | |
| 381. -INVESCO PREMIER INST | A | Dividend | K | T | | | | | |
| 382. -FRANKLIN GLD & PREC METALS ADV | | None | M | T | | | | | |
| 383. -ING GLOBAL REAL ESTATE FD I | B | Dividend | M | T | | | | | |
| 384. -ADR BANCO SANTANDER | A | Dividend | | | | | | | |
| 385. -ALLERGAN INC | A | Dividend | | | | | | | |
| 386. -ALLIANZ SE ADS | A | Dividend | | | | | | | |
| 387. -AMER INTL GP INC NEW | A | Dividend | | | | | | | |
| 388. -AMERICA MOVIL SA DE CV ADR | A | Dividend | | | | | | | |
| 389. -AMERIPRISE FINCL INC | A | Dividend | | | | | | | |
| 390. -AMERISOURCEBERGEN CORP | A | Dividend | | | | | | | |
| 391. -ANGLOGOLD ASHANTI LIMITED | A | Dividend | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 03/13/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -ANHEUSER BUSCH INBEV SA SPON | A | Dividend | | | | | | | |
| 393. -AUTOMATIC DATA PROCESSING INC | A | Dividend | | | | | | | |
| 394. -AVALONBAY COMM INC | A | Dividend | | | | | | | |
| 395. -BLACKBAUD INC | A | Dividend | | | | | | | |
| 396. -BOSTON PROPERTIES INC | A | Dividend | | | | | | | |
| 397. -CAPITAL ONE FINANCIAL CORP | A | Dividend | | | | | | | |
| 398. -CENTURYLINK INC | A | Dividend | | | | | | | |
| 399. -CISCO SYS INC | A | Dividend | | | | | | | |
| 400. -COHEN & STEERS INTL REALTY I | B | Dividend | | | | | | | |
| 401. -COMP DE BEB AMBEV SP ADR | A | Dividend | | | | | | | |
| 402. -DEERE & CO | A | Dividend | | | | | | | |
| 403. -DU PONT EI DE NEMOURS & CO | A | Dividend | | | | | | | |
| 404. -EAST JAPAN RY CO ADR | A | Dividend | | | | | | | |
| 405. -ENERGIZER HLDGS INC | A | Dividend | | | | | | | |
| 406. -EOG RESOURCES INC | A | Dividend | | | | | | | |
| 407. -FIFTH 3RD BANCORP OHIO | A | Dividend | | | | | | | |
| 408. -GOLD FIELDS LTD. SP. ADR | A | Dividend | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
     F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
     N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
     U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -GRUPO TELEVISA S.A.GLOBAL DEP | A | Dividend | | | | | | | |
| 410. -HATTERAS FINL CORP COM | A | Dividend | | | | | | | |
| 411. -HEICO CORP CLASS A | A | Dividend | | | | | | | |
| 412. -HILLENBRAND INC | A | Dividend | | | | | | | |
| 413. -INTL BUSINESS MACHINES CORP | A | Dividend | | | | | | | |
| 414. -JOY GLOBAL INC | A | Dividend | | | | | | | |
| 415. -KEYCORP NEW | A | Dividend | | | | | | | |
| 416. -LOWES COMPANIES INC | A | Dividend | | | | | | | |
| 417. -MONDELEZ INTL INC COM | A | Dividend | | | | | | | |
| 418. -NATIONAL OILWELL VARCO INC | A | Dividend | | | | | | | |
| 419. -NATL GRID TRANSCO PLC ADS | A | Dividend | | | | | | | |
| 420. -NATL INSTRUMS CP | A | Dividend | | | | | | | |
| 421. -NEWCREST MINING LTD SPONS ADR | A | Dividend | | | | | | | |
| 422. -NINTENDO CO LTD ADR NEW | A | Dividend | | | | | | | |
| 423. -NU SKIN ENTERPRISE INC A | A | Dividend | | | | | | | |
| 424. -NUCOR CORPORATION | A | Dividend | | | | | | | |
| 425. -PACCAR INC | A | Dividend | | | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |

2. Value Codes
(See Columns C1 and D3)

| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| --- | --- | --- | --- |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |

3. Value Method Codes
(See Column C2)

| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| --- | --- | --- | --- |
| U =Book Value | V =Other | W =Estimated | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. -ROGERS COMM INC CL B (BC) | A | Dividend | | | | | | | |
| 427. -SANDISK CORP | A | Dividend | | | | | | | |
| 428. -SCHLUMBERGER LTD | A | Dividend | | | | | | | |
| 429. -SILGAN HLDGS INC | A | Dividend | | | | | | | |
| 430. -STATE STREET CORP | A | Dividend | | | | | | | |
| 431. -TARGET CORPORATION | A | Dividend | | | | | | | |
| 432. -THE ADT CORPORATION COM | A | Dividend | | | | | | | |
| 433. -TRAVELERS COMPANIES INC COM | A | Dividend | | | | | | | |
| 434. -U S BANCORP COM NEW | A | Dividend | | | | | | | |
| 435. -WILEY JOHN & SON CL A | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John W. deGravelles**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 166 | 001 | Notes payable to banks-secured (auto) | | 38 | 229 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 9 | 776 | 332 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | 3 | 279 | 379 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
|   Due from relatives and friends | | 382 | 327 | Unpaid income tax | | | |
|   Due from others | | | | Other unpaid income and interest | | | |
|   Doubtful | | | | Real estate mortgages payable | | | |
| Real estate owned – personal residence | | 700 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 105 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
|   Prepaid state and federal taxes | | 843 | 131 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 38 | 229 |
| | | | | Net Worth | 15 | 213 | 941 |
| Total Assets | 15 | 252 | 170 | Total liabilities and net worth | 15 | 252 | 170 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | 1 | 010 | 475 | Are any assets pledged? (Add schedule) | Yes | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal and State Income Tax | | 595 | 500 | | | | |
| Other special debt | | | | | | | |